UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**NORMAN WOOTEN, INC.**                                                                              **PLAINTIFF**

vs.                                                    CIVIL ACTION NO.  **3:17CV-164-CRS**

**WALSH CONSTRUCTION COMPANY, ET AL**                                        **DEFENDANTS**

## ORDER

Counsel for Plaintiff having filed a Notice of Voluntary Dismissal (DN 4), no answer or other responsive pleading having been filed on behalf of the Defendants, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with prejudice.

Dated:  June 21, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record